FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2024

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD S.,[1]<br><br>         Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | No. 2:24-CV-00251-MKD<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE<br><br>**ECF Nos. 8, 13** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 13, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Chad Hatfield represents Plaintiff. Special Assistant United States Attorney Michonne Omo represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

---

[1] To protect the privacy of plaintiffs in social security cases, the Court identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

1. The parties' Stipulated Motion for Remand, **ECF No. 13**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The parties have stipulated to the following: On remand, the ALJ will further develop the record as necessary and issue a new decision.  *See* ECF No. 13 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 8**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED November 26, 2024.

s/Mary K. Dimke<br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 2